# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## 05-1137


**BERNARD ABSHIRE**

**VERSUS**

**DR. MEHMOOD PATEL, ET AL.**


************

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NO. 20042476,
HONORABLE JULES D. EDWARDS, III, DISTRICT JUDGE

************

**JIMMIE C. PETERS**
**JUDGE**

************

Court composed of Ulysses G. Thibodeaux, Chief Judge, Jimmie C. Peters and J. David Painter, Judges.


**AFFIRMED.**

**Lawrence D. Wiedemann**
**Wiedemann & Wiedemann**
**821 Baronne Street**
**New Orleans, LA 70113**
**(504) 581-6180**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
       Bernard Abshire

**Marc W. Judice**
**Judice & Adley**
**926 Coolidge Boulevard**
**Post Office Drawer 51769**
**Lafayette, LA 70505-1769**
**(337) 235-2405**
**COUNSEL FOR DEFENDANT/APPELLEE:**

**Dr. Mehmood Patel**